**Caesar Augusto SILVA, Petitioner— Appellant,**

v.

**C.A. TERHUNE, Director of CDC Respondent—Appellee.**

No. 00–55910.

D.C. CV–99–11398–RSWL–Mc.

United States Court of Appeals, Ninth Circuit.

Submitted [1] April 4, 2002.

Decided May 1, 2002.

---

1. The Panel unanimously finds this case suit-

Before HAWKINS and FISHER, Circuit Judges, and WEINER, District Judge [2].

## MEMORANDUM [3]

There was no error in the decision of the district court, adopting the report and recommendation of the Magistrate Judge, holding that

1. the California Supreme Court denied all of the claims raised in Silva's federal habeas petitions on state procedural grounds; and thus

2. federal habeas corpus relief is not available for those claims.

Accordingly, the order of the district court denying Silva's federal habeas petition as procedurally barred is

AFFIRMED.

2. Honorable Charles R. Weiner, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

3. This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

